**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| 1.   DAVID ANDERSON, | ) | |
| | ) | |
|        Plaintiff, | ) | |
| | ) | Case No. CIV-15-523-C |
| v. | ) | |
| | ) | |
| 1.   CONSOLIDATED OWS MANAGEMENT, INC., | ) ) | |
| | ) | |
| 2.   CONSOLIDATED OIL WELL SERVICES, LLC, | ) ) | |
| | ) | |
|        Defendants. | ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** the parties, and hereby stipulate and agree that, pursuant to Rule 41(a)(1)(A)(ii), the above captioned matter be dismissed with prejudice against the filing of a future action thereon. Each party to bear their own fees and costs.

**RESPECTFULLY SUBMITTED THIS 27th DAY OF MAY, 2016.**

s/Leah M. Roper
Mark Hammons, OBA No. 3748
Amber L. Hurst OBA No. 21231
Leah M. Roper, OBA No. 32107
325 Dean A. McGee Ave.
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-6100
Facsimile: (405) 235-6111
Email: leah@hammonslaw.com
*Counsel for Plaintiff*

s/Jessica L. Craft
*(Signed by filing party with permission)*
**HOLDEN & CARR**
Michael L. Carr, OBA #17805
Jessica L. Craft, OBA #31126
15 East 5th Street, Suite 3900
Tulsa, OK 74103
(918) 295-8888; (918) 295-8889 fax
MikeCarr@HoldenLitigation.com
JessicaCraft@HoldenLitigation.com
*Attorneys for Defendant*

1